**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Joel Hernandez, Jr.,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:26-cv-01347-RP** |
| | § | |
| **Avis Budget Car Rental, LLC and FCA** | § | |
| **US LLC,** | § | |
| *Defendants* | § | |

**ORDER**

Plaintiff filed his Original Complaint in Texas state court on March 11, 2026. Dkt. 1-1. Defendant removed the case to this Court on May 20, 2026. Dkt. 1. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **August 14, 2026**.

**SIGNED** on July 30, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE